ACCEPTED
04-15-00388-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/21/2015 2:09:44 PM
KEITH HOTTLE
CLERK



**Bexar County Public Defender's Office**

101 W. Nueva ◆ Paul Elizondo Tower – Suite 310 ◆ San Antonio, TX 78205-9440

Phone: (210) 335-0701 ◆ Fax: (210) 335-0707

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
7/21/2015 2:09:44 PM
KEITH E. HOTTLE
Clerk

July 21, 2015

Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa St., Suite 3200
San Antonio, Texas 78205

      Re:      Benjamin Erickson v. State of Texas
               Appeal No. 04-15-00387-CR & 04-15-00388-CR
               Cause No. 2015-CR-3805 & 2015-CR-3807

To the Honorable Court of Appeals:

Pursuant to Tex. R. App. P. 48.4 (West 2013), I hereby certify that I have notified the Appellant, Benjamin Erickson, of his right to file a *pro se* petition for discretionary review. I have included a copy of the opinion and the judgment with my letter to Mr. Erickson. The notification was sent by certified mail, return receipt requested. A copy of the return receipt is attached to this letter. The undersigned attorney supplies the Court with the following information about this case:

Appellate attorney: Richard B. Dulany, Jr. (SBN:06196400)
Date of Opinion and Judgment: July 15, 2015
Date notification mailed to Appellant: July 15, 2015
Certified mail number: 7012 1640 0002 4217 9604
Date return receipt received by the undersigned attorney: July 20, 2015

Sincerely yours,

RICHARD B. DULANY, JR.
Appellate Public Defender

Attachment
/cmb

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BENSAMAN ERICKSON
#0200 3867
GARZA WEST UNIT
4250 HWY 202
BEEVILLE TX 78102

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
K Gonzalez                        2-17-15

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail®          ☐ Priority Mail Express™
☐ Registered               ☐ Return Receipt for Merchandise
☐ Insured Mail             ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7012 1640 0002 4217 9604

PS Form 3811, July 2013     Domestic Return Receipt

UNITED STATES POSTAL SERVICE

TX 780

17 JUL 15

PM 31

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

BEXAR COUNTY PUBLIC DEFENDER
101 W. NUEVA, STE 370
SAN ANTONIO TX 78205

205340699